Affirmed and Opinion filed October 10, 2002









Affirmed and Opinion filed October 10, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-01-01097-CR

____________

 

WILBERT RAY HUTSON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 183rd District Court

Harris
County, Texas

Trial
Court Cause No. 875,569

 



 

M E M O R A N D U M  O
P I N I O N

After a jury trial, appellant was convicted of the offense of
aggravated assault and was sentenced to 10 years= incarceration in the Texas
Department of Criminal Justice, Institutional Division.  

Appellant's appointed counsel filed a brief in which he
concludes that the appeal is wholly frivolous and without merit.  The brief meets the requirements of Anders
v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),
presenting a professional evaluation of the record demonstrating why there are
no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).








A copy of counsel's brief was delivered to appellant.  Appellant was advised of the right to examine
the appellate record and file a pro se brief. 
Appellant filed a pro se brief on August 26, 2002, raising fourteen
alleged errors.

After reviewing the record and briefs, we agree the appeal is
wholly frivolous and without merit. 
Further, we find no reversible error in the record. 

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed October 10, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).